UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

SHARI S. BEFFREY,            )
                             )
         Plaintiff,          )
                             )
v.                           )     No. 2:07-CV-291
                             )
MICHAEL J. ASTRUE,           )
Commissioner of Social Security )
                             )
                             )
         Defendant.          )

## ORDER

This Social Security appeal is before the Court for consideration of plaintiff's objections, [Doc. 24], to the Report and Recommendation of the United States Magistrate Judge H. Bruce Guyton. [Doc. 23]. The Magistrate Judge found that the Administrative Law Judge's decision is supported by substantial evidence and recommended that plaintiff's motion for summary judgment on the pleadings, [Doc. 12], be denied and that defendant Commissioner's motion for summary judgment, [Doc. 21], be granted.

After careful and *de novo* consideration of the record as a whole and finding no error in the Report and Recommendation, the Report and Recommendation is

**ACCEPTED IN WHOLE**, the plaintiff's objections are **OVERRULED**, the Commissioner's motion for summary judgment is **GRANTED**, the plaintiff's motion for summary judgment on the pleadings is **DENIED**, and this case is **DISMISSED**.

So ordered.

E N T E R:

                                                  s/J. RONNIE GREER
                                      UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
   s/ *Patricia L. McNutt*
     CLERK OF COURT